# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RICHARD GILLIAM,**
**ADC #209415**                                                                               **PLAINTIFF**

**V.**                 **CASE NO. 4:20-CV-758-LPR-BD**

**GEBHARDT,** *et al.*                                                                              **DEFENDANTS**

## ORDER

Mr. Gilliam has moved to voluntarily dismiss his claims against Defendant Gebhardt. (Doc. No. 17) The motion is GRANTED. Mr. Gilliam's claims against Defendant Gebhardt are DISMISSED without prejudice. The Clerk is instructed to terminate Lieutenant Gebhardt as a party Defendant.

IT IS SO ORDERED, this 28th day of January, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE