### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RICHARD GILLIAM**  PLAINTIFF
**ADC #209415**

**V.**             **NO. 4:20-cv-00758-LPR-ERE**

**M. GEBHARDT, Lieutenant;**
**KEVIN SMITH, Jail Administrator;**
**ALEX STEFFEN[1], Deputy; and**
**KAMERON WELLS, Deputy**                    **DEFENDANTS**

### ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. Judge Ervin recommends granting summary judgment to the remaining Defendants on all claims. Mr. Gilliam has not filed an Objection, and the time to do so has expired. After carefully considering the Recommendation and making a *de novo* review of the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.[2]

The Defendants' motion for summary judgment (Doc. 23) is GRANTED. Judgment shall be entered in favor of Defendants Smith, Steffen, and Wells on all claims against them. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order, previous Orders, or the accompanying Judgment would not be taken in good faith.

---

[1] The Clerk is instructed to update the docket sheet to include the full names of Defendants Alex Steffen and Kameron Wells.

[2] As a procedural matter, in my view, a grant of summary judgment requires entry of judgment in favor of the moving party as opposed to dismissal. Also, on page 12 of the Recommendation, Judge Ervin writes that "the Court cannot conclude that the Defendants discriminated against Mr. Gilliam based on his race." In context, the Court understands Judge Ervin to mean that a rational juror could not conclude that the Defendants discriminated against Mr. Gilliam based on his race. The Court agrees with this assessment.

IT IS SO ORDERED this 27th day of July 2021.

                                                      _____
                                                      LEE P. RUDOFKSY
                                                      UNITED STATES DISTRICT JUDGE