**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RICHARD GILLIAM**                                                                                      **PLAINTIFF**
**ADC #209415**

**V.**                                       **NO. 4:20-cv-00758-LPR-ERE**

**M. GEBHARDT, Lieutenant;**
**KEVIN SMITH, Jail Administrator;**
**ALEX STEFFEN, Deputy; and**
**KAMERON WELLS, Deputy**                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date and the Order entered on January 28, 2021, it is CONSIDERED, ORDERED, and ADJUDGED that (1) judgment is entered in favor of Defendants Smith, Steffen, and Wells, and (2) the claims against Defendant Gebhardt are dismissed without prejudice.  Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of the Judgment, the Order accompanying the Judgment, or the Order dismissing Defendant Gebhardt from this case would not be taken in good faith.

IT IS SO ADJUDGED this 27th day of July 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE